[No. 73122-0-I.  Division One.  May 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRYL R. BRONGIL, *Defendant*, CHRISTINA MARIE ALEXANDRESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12980-5, Laura C. Inveen, J., entered January 23, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 73340-1-I.  Division One.  May 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN ANTHONY BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04057-8, Dean Scott Lum, J., entered April 3, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach and Spearman, JJ.

[No. 73362-1-I.  Division One.  May 2, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. V.O., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-8-01420-3, John P. Erlick, J., entered March 26, 2016. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ

[No. 73456-3-I.  Division One.  May 2, 2016.]

JIMMY C. FLETCHER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-07928-5, Richard T. Okrent, J., entered April 24, 2015. *Reversed* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.